IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSHUA DWAYNE DAVIS,           ) | |
|     Plaintiff,           ) | |
| )                                                   | |
| vs.                                             )   | No. 3:24-CV-2164-D |
| )                                                   | |
| ENSIGN SERVICES D.B.A. LEGEND    ) | |
| OAKS HEALTHCARE,            ) | |
|     Defendant.           ) | |

## ORDER

After reviewing all relevant matters in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Accordingly, Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. No. 5) is denied, and this lawsuit is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and follow orders of the court.

**SO ORDERED**.

April 7, 2025.

                                              SIDNEY A. FITZWATER
                                              SENIOR JUDGE